# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:    Premier Generator Service, LLC

Case no.  26-30965
Ch.       11
Judge:    Joel D. Applebaum

Debtor.
_____/

# BALANCE SHEET FOR SMALL BUSINESS

Respectfully submitted,

Dated:  4/22/26

/s/    George E. Jacobs
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
**george@bklawoffice.com**

In Re:  Premier Generator Service, LLC

Case no. 26-30965
Ch.     11
Judge:   Joel D. Applebaum

Debtor.

_____/

## BALANCE SHEET FOR SMALL BUSINESS

### Assets

| | |
|---|---|
| Machinery & equipment | $7500 |
| Inventory | $6500 |
| Office Equipment | $1000 |
| Deposits | $9753 |
| TOTAL ASSETS | $24,753 |

### Liabilities

| | |
|---|---|
| Unsecured Creditors | $107,189 |

| | |
|---|---|
| Total Liabilities | $107,189 |
| Owner's Equity | (82,436) |
| Total Assets and Owner's Equity | $24,753 |