In Re Premier Generator Service, LLC

Case # 26-30965
Chapter 11-Subchapter V
Hon.    Joel D. Applebaum

_____Debtor(s)._____/

## PRE-STATUS CONFERENCE REPORT

NOW COMES Premier Generator Service LLC the ("Debtor"), by and through its counsel, George E. Jacobs and, pursuant to 11 U.S.C. § 1188(c) states:

1.    On the 22nd day of April, 2026 (the "Petition Date") the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2.    The Debtor continues to manage as debtor-in-possession pursuant to § 1184 of the Bankruptcy Code.

3.    Kimbelry Ross Clayson has been appointed Subchapter V Trustee in this case. Steven Withrow is the responsible party for the Debtor in this case.

4.    Since the Petition Date, the Debtor has worked to address the concerns of the various interested parties in this case, including the Office of the United States Trustee, the Subchapter V Trustee

and unsecured creditors.

5. The Debtor operates a generator sales and service business out of its owner's (Steven Withrow) home. Mr. Withrow operates all aspects of the business and employes 3 independent contractors to assist in the installation of generator units. They are paid by the job.

6. With the cramdown of unsecured debt, the Debtor believes it can file a confirmable plan.

7. The Debtor is in the process of formulating a Plan of Reorganization (the "Plan") which will be filed on or before July 19; 2026. The Debtor will collaborate with the Subchapter V Trustee to address any issues that arise and to discuss the potential for obtaining a consensual Plan of Reorganization.

8. The Debtor expects the Plan to include one group and one (1) class.

    a. Administrative claims of the Subchapter V Trustee and Counsel for the Debtor.

    b. Unsecured Creditors with claims totaling approximately $108,000.

9. The Debtor remains hopeful that its efforts and those of the SubChapter V Trustee will lead to a consensual plan of reorganization.

Respectfully submitted,

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

Dated: 6/2/26